# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BROWARD PSYCHOLOGY, P.A., individually and on behalf of all others similarly situated, | Case No. 0:18-cv-61028-BB |
| *Plaintiff*, | |
| v. | |
| UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation, | |
| *Defendant.* | |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice that the parties have reached a settlement in principal and respectfully requests that all current deadlines be suspended for 10 days to allow the parties to memorialize their settlement in a written agreement.

Dated: July 5, 2018

By: /s/ Avi Kaufman
Avi R. Kaufman (FL Bar No. 84382)
kaufman@kaufmanpa.com
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 5, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Avi R. Kaufman*