# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

BROWARD PSYCHOLOGY, P.A.,
individually and on behalf of all others
similarly situated,

       Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC.,
a Minnesota corporation,

       Defendant.

Case No. 0:18-CV-61028-BB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Broward Psychology, P.A., through undersigned counsel and pursuant to Rule 41(a)(1)(A), Fed. R. Civ. P., hereby voluntarily dismisses this action with prejudice and with each party bearing its own attorneys' fees and costs.

Respectfully submitted,

*/s/*Avi R. Kaufman
Avi R. Kaufman (Florida Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*