## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 18-cv-61028-BLOOM/Valle

BROWARD PSYCHOLOGY, P.A.,
individually and on behalf of
all others similarly situated,

      Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC.**,**

      Defendant.

_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal with Prejudice, ECF No. [20] ("Notice"). The Court having considered the Notice and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that Plaintiff's Notice, **ECF No. [20]**, is **APPROVED and ADOPTED**, and the matter is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorney's fees and costs. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of August, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record